DOROTHEA (SNOW) LECUYER, an Infant, by JOHN G. SNOW, Her Guardian ad Litem, Respondent, v. OTTO WITZKE, JR., Appellant.—— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser and Heffernan, JJ.

AFGO ENGINEERING CORPORATION, Respondent, v. WALTER N. THAYER, JR., as Commissioner of Correction of the State of New York, and MORRIS S. TREMAINE, as Comptroller of the State of New York, Appellants.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ELLEN J. MADDEN, Respondent, v. FREDERICK R. THOMPSON, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

LAURA J. ANDERSON, as Administratrix, etc., of ALONZO T. HOYLE, Deceased, Respondent, v. HERBERT R. PIERSON and SEYMOUR L. BUKANZ, Appellants, and CHARLES S. PENWARDEN, Defendant.— Judgment and order affirmed, with costs. Hill, P. J., Rhodes and Crapser, JJ., concur; Bliss and Heffernan, JJ., dissent, and vote to reverse, and for a new trial, on the authority of Quinn v. Power (29 Hun, 183).

In the Matter of the Application of FRANK SMITH for a Certiorari Order against CLINTON EUILER and Others, as Town Board of the Town of Stockport, Columbia County, N. Y.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

WINIFRED H. OGDEN CRESSMAN and FIRST NATIONAL BANK AND TRUST COMPANY OF ELMIRA, as Executors, etc., of FRANK C. OGDEN, Deceased, Respondents, v. MUSETTA ROUTLEDGE, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

RAYMOND L. BRADSHAW, Relator, Respondent, v. THE CITY OF SCHENECTADY, J. WARD WHITE and Others, Respondents, Appellants.*— Judgment and order modified by making the date from which the city of Schenectady is to pay the salary of the relator February 9, 1932, instead of January 8, 1932, and as so modified unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

JOHN L. FIESTER, as Administrator de Bonis Non of the Goods, Chattels and Credits of VIOLA J. PURCELL, Deceased, Respondent, v. EDWARD F. LEAHY and Others, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.